Ronald K. SHOEMAKE,
Claimant–Appellant

v.

Robert A. McDONALD, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2015–7005.

United States Court of Appeals,
Federal Circuit.

Sept. 14, 2015.

Kenneth M. Carpenter, Law Offices of Carpenter Chartered, Topeka, KS, argued for claimant-appellant.

Renee Gerber, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by Alexander Orlando Canizares, Scott D. Austin, Robert E. Kirschman, Jr., Benjamin C. Mizer; Martie Adelman, David J. Barrans, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

Before DYK, TARANTO, and HUGHES, Circuit Judges.

PER CURIAM.

The case is dismissed for lack of jurisdiction. 38 U.S.C. § 7292(d)(2).

**DISMISSED**

LG DISPLAY CO., LTD.,
Plaintiff–Appellant

v.

OBAYASHI SEIKOU CO., LTD., Naoto
Hirota, Sakae Tanaka, Defendants–
Appellees.

No. 2014–1766.

United States Court of Appeals,
Federal Circuit.

Sept. 15, 2015.

Andrew John Pincus, Mayer Brown LLP, Washington, DC, argued for plaintiff-appellant. Also represented by Jamie B. Beaber, Paul Whitfield Hughes, Kfir Levy, Tiffany A. Miller.

Andrew George, Baker Botts, LLP, Washington, DC, argued for defendants-appellees. Also represented by Michael Joseph Barta, Ryan Edward Bull, Jamie Roy Lynn.

PROST, Chief Judge, MOORE and HUGHES, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**